PHILIP COFFEY et al., Appellants-Respondents, v PEGGY ELLEN BAKER et al., Respondents, and THOMAS J. KELLY et al., Respondents-Appellants, et al., Defendants.

Submitted January 2, 2007; decided February 20, 2007

Motion by plaintiffs for leave to appeal from so much of the Appellate Division order as dismissed the complaint against defendants Gill and Keystone Automotive Operations, Inc. denied. Cross motion by the Kelly defendants, insofar as it seeks leave to appeal from that part of the Appellate Division order that granted the motion for summary judgment dismissing the complaint and cross claims against defendants Gill and Keystone Automotive Operations, Inc. denied; cross motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order does not finally determine the action with respect to the Kelly defendants within the meaning of the Constitution.

MADISON AVENUE LEASEHOLD, LLC, Appellant, v MADISON BENTLEY ASSOCIATES LLC et al., Respondents.

Submitted January 29, 2007; decided February 20, 2007

Motion for reargument denied [*see* 8 NY3d 59].

In the Matter of MAUREEN McNAMARA (Admitted as MAUREEN MARGARET McNAMARA), a Suspended Attorney, Appellant.

Submitted December 26, 2006; decided February 20, 2007

Motion for reconsideration of this Court's November 21, 2006 dismissal order [*see* 7 NY3d 899] granted and, upon reconsideration, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for relief ancillary to the motion for leave and appeal denied.